**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DONALD F. McGAHN II, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:16-cv-871 (CKK) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated:  February 1, 2018                                      Respectfully submitted,

/s/ John J. Vecchione (by permission)                         CHAD A. READLER
JOHN J. VECCHIONE (DC Bar # 471764)                           Acting Assistant Attorney General
Ryan P. Mulvey (DC Bar # 1024362)                             Civil Division
Cause of Action Institute
1875 Eye Street, N.W., Ste. 800                               MARCIA BERMAN
Washington, DC  20006                                         Assistant Director
Telephone: (202) 499-4232                                     Civil Division, Federal Programs Branch
Facsimile: (202) 330-5842
john.vecchione@causeofaction.org                              /s/ Julie Straus Harris
ryan.mulvey@causeofaction.org                                 JULIE STRAUS HARRIS (DC Bar # 1021928)
                                                              Trial Attorney
*Counsel for Plaintiff*                                       United States Department of Justice
                                                              Civil Division, Federal Programs Branch
                                                              20 Massachusetts Ave. NW, Room 6118
                                                              Washington, D.C. 20530
                                                              Tel: (202) 353-7633
                                                              Fax: (202) 616-8460
                                                              E-mail: julie.strausharris@usdoj.gov

                                                              *Attorneys for Defendant*